

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-18-00957-CV

Kevin **DOTY** and Elizabeth Doty Individually and Severally,
Appellants

v.

Richard **DAVIDSON**, Javline Ranch (A General Partnership), AKA Javelin Ranch
AKA Javelin Ranch L.P.,
Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-15-100
The Honorable Everardo Garcia, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against appellants.

It is so **ORDERED** on March 27, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_____
Keith E. Hottle, Clerk of Court